FILED

**United States District Court**
**Eastern District of Virginia**
**Richmond Division**

2010 JUL 13  P 2: 38

| | |
|---|---|
| Herb Lux, Stephen Cruse, Andrew Mikel, and Eugene Foret,<br>*Plaintiffs*,<br><br>v.<br><br>Nancy Rodrigues, Jean Cunningham, and Harold Pyon, members of the Virginia State Board of Elections, in their official capacities,<br>*Defendants*. | Civ. No. 3:10CV482 |

## Motion for Preliminary Injunction

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Herb Lux, Stephen Cruse, Andrew Mikel, and Eugene Foret respectfully move for a preliminary injunction to:

(1) Enjoin the enforcement of **Virginia Code Annotated section 24.2-506**, which prohibits non-district residents from circulating candidate petitions on behalf of a candidate for the United States House of Representatives; and

(2) Compel Defendant members of the Virginia State Board of Elections to canvass and verify any and all candidate petitions submitted by Herb Lux regardless of whether the petition circulator is a resident of Virginia's Seventh Congressional District and to certify him for the ballot provided that he has submitted a sufficient number of signatures from qualified voters.

This motion is made on the grounds specified in this motion, Plaintiffs' brief in support hereof, the Verified Complaint, and such other and further evidence as may be presented to the Court at the time of the hearing.

July 13, 2010                                             Respectfully Submitted,

/s/ Mark Matney
_____

| | |
|---|---|
| James Bopp, Jr., Ind. Bar #2838-84* | Mark Matney, Va. Bar #34950 |
| jboppjr@aol.com | matneylaw@gmail.com |
| Scott F. Bieniek, Ill. Bar #6295901* | MICHAEL C. TILLOTSON, LLC |
| sbieniek@bopplaw.com | 13195 Warwick Blvd., Suite 2A |
| Jared M. Haynie, Va. Bar #79621** | Newport News, Virginia 23602 |
| jhaynie@bopplaw.com | Telephone: (757) 969-5197 |
| BOPP, COLESON & BOSTROM | Facsimile: (757) 969-5988 |
| 1 South 6th Street | *Local Counsel for Plaintiffs* |
| Terre Haute, Indiana 47807 | |
| Telephone: (812) 232-2434 | |
| Facsimile: (812) 235-3685 | |
| *Lead Counsel for Plaintiffs* | |

　　*Pro hac vice application pending.
　　**Of counsel, pending full admission to the U.S. District Court for the Eastern District of Virginia